UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 16-40290-659 |
| LAURIE MICHELLE ROBERT ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | March 3, 2016  11:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Per 341 testimony, Debtor pays $400 per month for rent and utilities, but Schedule J shows $675 per month rent expense plus $90 per month for electricity and natural gas.
2. The Trustee has not received a copy of Debtor's most recently filed tax return. Per 341 testimony, Debtor last filed and was last required to file a tax return in 2011.
3. $4,000 attorney fees appear high for a case with no secured debt, no vehicles, no real estate, and no employment income that will pay less than $200 to general unsecured creditors in 60 months.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: February 12, 2016 | /s/ Diana S. Daugherty |
| | Diana S. Daugherty MO36347 |
| OBJCONFAF--DSD | Attorney for Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that he served the above notice on this day of February 12, 2016, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ Diana S. Daugherty

LAURIE MICHELLE ROBERT
1526 REVERES RIDE
O FALLON, MO  63366

ADAMS LAW OFFICE
1 MID RIVERS MALL DR
STE 200
ST PETERS, MO  63376